1  Q.   Is everything that you have reviewed and relied
        upon listed in the two reports, Exhibits 3 and
2       4, or are there others?
   A.   There's other things that -- because I've done
3       this for so long that were in my head, and I

4       just now have in the file that's not listed on

5       the report.

6  Q.   Can you tell me, for instance, you're saying

7       they're in the file but --

8  A.   Right, right.

9  Q.   -- they're not listed on the report?

10 A.   Right.  In other words, there was a big file of

11      standards that I just pulled together for

12      today's benefit.  That would be an example.

13 Q.   Okay.  This is called design standards.

14 A.   Right.

15 Q.   When did you pull this together?

16             This was for today's deposition?

17 A.   Over the last week or so.

18 Q.   Okay.  And I have not looked at this.  These are

19      various ISO --

20 A.   All kinds of standards.

21 Q.   -- standards.

22 A.   There's a couple SAE ones in there.

23             MR. HARTMAN:  By the way, the genesis

24                   Q&A REPORTING, LLC

25      Pittsburgh, PA       412-343-0699       724-444-4433

EXHIBIT
C

Christopher Ferrone

1    of those standards are the ones that were
     mentioned in your Interrogatories, Mark.
2  BY MR. GESK:
   Q.   So that I understand, Mr. Ferrone, that in the
3       last week you went back and you looked at

4       various standards that are, according to your

5       testimony, are these applicable to this accident

6       and form a basis of your opinion?

7  A.   Some are exactly on point, because they have the

8       title earth-moving equipment and so on and so

9       forth.  And then they have highlighted elements

10      of them within that talk about exactly these

11      issues.

12           And then there are some that are

13      generic that talk about machine design, and then

14      there are some that are off the subject on other

15      machinery that has nothing to do with this

16      machine but shows the similar sort of

17      synergistic philosophy.

18 Q.   Just so I get a sense of this, I'll just pull

19      out one.  You can tell me, it's called the

20      Department of Defense Design Criteria Standard,

21      Human Engineering, dated December 5, 2003.

22           I take it that the Department of

23      Defense is the author of this document?

24                Q&A REPORTING, LLC

25  Pittsburgh, PA        412-343-0699      724-444-4433

Christopher Ferrone

1    was fair.
              MR. HARTMAN:  Off the record.
2                     - - - -
         (There was a discussion off the record.)
3                     - - - -

4  BY MR. GESK:

5  Q.   Are there standards here that you find to be

6       more significant, more relevant than others?

7  A.   Yes, today.

8  Q.   Can you tell me what ones those are?

9              MR. HARTMAN:  That's fair.

10             MR. GESK:  Okay.

11             THE WITNESS:  See, we run into the

12      same problem because I have to go back and read

13      every one.

14             MR. HARTMAN:  Just give him the

15      standard.

16             THE WITNESS:  I understand that, but

17      I still have to read every one to see what I

18      highlighted.  The same analysis would have to be

19      done as we were doing earlier.

20  BY MR. GESK:

21  Q.   Well, I don't know any way around this, you

22      know.  I really don't.  I need to know what

23      you're relying on.  You said all of these

24              Q&A REPORTING, LLC

25    Pittsburgh, PA      412-343-0699      724-444-4433

Christopher Ferrone

```
 1        standards.  And then I said of those, which ones
          are the ones that you find particularly
 2        appropriate to this case.
   A.     And I'm not -- I'm just saying it's a time
 3        issue.  It's the same analysis, that I thought

 4        the fix was just tell you and let's move on.

 5        But we've lost that advantage because I have to

 6        read every annotation, and the analysis still

 7        takes the same amount of time.

 8 Q.     Okay.

 9 A.     I mean, I'm happy to do it, but we're going to

10        run out of time.  I'm not resisting, I'm just

11        telling you my concern.

12 Q.     Well, I don't know how else to do it, I'm sorry.

13                  MR. HARTMAN:  Off the record.

14                      - - - -

15        (There was a discussion off the record.)

16                      - - - -

17 BY MR. GESK:

18 Q.     I mean, as I read your report, I don't see any

19        standards listed; is that fair?

20 A.     Yes.

21 Q.     So this is all standards that you put together,

22        at least you've copied in the last week?

23 A.     That's right.

24                  Q&A REPORTING, LLC

25   Pittsburgh, PA      412-343-0699      724-444-4433
```

Christopher Ferrone

1    at the work station.  But First Energy is not
     the manufacturer, so I don't necessarily know if
2    we can hold them responsible to redesign the
     Bobcat.  That's why I have a problem with that
3    particular question.

4   Q.   Again, to the extent that you've already

5        answered this question, please tell me.  Have

6        you designed any controls for a throttle or for

7        actuators, the controls using these particular

8        standards?

9   A.   No.

10            Is that all of them back?  Do we have

11       the whole set?

12  Q.   Yes.  I don't have any others.

13            Why, sir, were these standards not

14       part of your report?

15  A.   Well, I knew they existed, and I was able to

16       give the opinions without -- I mean, I already

17       for years have used these, and so it's simply

18       the answer.  It was in my head.

19            MR. HARTMAN:  And I object to your

20       saying that they weren't part of the report.

21       The information and premises of what he relied

22       upon were part of the report.  It's like saying

23       why isn't a dictionary part of the report

24            Q&A REPORTING, LLC

25  Pittsburgh, PA       412-343-0699        724-444-4433

Christopher Ferrone

1       kind of something that I've used over time.
                But what I do know you'll most likely
2       find are these elements discussing that you have
        to go through them and make sure that all of
3       these things are satisfied, and if they aren't

4       satisfied, you can deal with the reason and you

5       move on from there.  So, yes, these elements are

6       going to be found.

7   Q.  Prior to writing your report of June 27, 2006,

8       did you perform any research?

9   A.  Little open-ended.  In what regard?

10  Q.  In regard to looking at -- obviously you have

11      documents reviewed, okay, that are listed here,

12      but in regard to a review of any types of

13      published paper, any types of published

14      standards that you reviewed, any types of

15      studies of skid steer loaders, backhoes.

16  A.  I understand.  Throughout the summer, I can't

17      tell you exactly when it was done, but

18      throughout the summer, I conducted two surveys,

19      let's call them.  One survey was -- and my

20      engineering assistant did most of that through

21      my guidance; I did a little of it -- was to go

22      to different other equipment rental facilities

23      and dealerships and see all of the different

24              Q&A REPORTING, LLC

25  Pittsburgh, PA      412-343-0699      724-444-4433

Christopher Ferrone

1    designs for backhoe controls, how they're
     guarded, are they guarded, what do their control
2    schemes look like, how are they laid out.
     That's in the file.
3    Q.   Where is that, I'm sorry?

4    A.   Equipment survey.

5    Q.   Could you pull that for me, please?  Thank you.

6    A.   Now, just so we're perfectly clear, in the other

7    folder where you've got my testing DVD from,

8    there's also a CD of photographs that were taken

9    on my behalf on one of the days -- I ran out of

10   film, so the person I was with had a digital

11   camera, so I said take these pictures.  So the

12   person just simply operated the camera and then

13   put them on a disk and sent them to me.

14            So we have that survey and that type

15   of information.

16            The other thing that was done was, I

17   sent out the engineering assistant with another

18   engineering assistant because it took two people

19   do to this, different construction sites around

20   Chicago, and they photographed the use of

21   backhoes, whether Bobcats or -- you know, I just

22   said go look at backhoes, okay, just to be

23   honest.  And they got pictures of people inside

24            Q&A REPORTING, LLC

25   Pittsburgh, PA       412-343-0699       724-444-4433

Christopher Ferrone

```
 1          the excavation adjacent to the boom, so on and
            so forth.
 2                    So that research survey was done as
            well, and that's in the file.
 3    Q.    So for instance, I just pulled out of your file,

 4          there's a photograph.  You have handwritten down

 5          here, John Deere pro 911 skid steer attachment.

 6          Looks like a backhoe.

 7    A.    Could I just see that real quick?

 8    Q.    Does that describe what you did?

 9    A.    It does.  That's essentially --

10    Q.    Survey.

11    A.    Yes, those kind of things you will find in the

12          file.

13    Q.    On this particular photograph, is there any

14          guarding of the controls?

15    A.    I would say this isn't a great angle, but the

16          box that the controls reside in are wide enough

17          that your knee will strike the box before it

18          strikes the control; so that in and of itself

19          would provide guarding.

20    Q.    And did that form a basis of your opinion during

21          this survey of the other machines that you

22          looked at?

23    A.    The basis that it provides is to show not only

24                    Q&A REPORTING, LLC

25    Pittsburgh, PA      412-343-0699      724-444-4433
```

Christopher Ferrone

1    somebody in the swing radius would not be
     acceptable.
2  Q.  Is it your opinion that the best way of keeping
     people safe is keeping them out of the swing
3    boom area?

4  A.  When it's in operation, yes.  When it's not in

5    operation, part of the utility of the machine

6    requires you to get within the swing radius.

7    That's how you use the machine.

8  Q.  What is your definition of operation?

9  A.  Performing work to dig or lift or transport.

10 Q.  If the engine is powered up and the hydraulics

11    are powered, is that in operation?

12 A.  If the boom is stationary, no.

13 Q.  And how do you come about this definition?

14    What's your basis for it?

15 A.  Well, if you look at the website and all of the

16    brochures for this machine and any other like

17    it, they talk about its acute ability to dig

18    very accurately, which implies that it digs up

19    gas lines, gas mains, electrical, dangerous

20    things.  You know, it's used for that.

21         The manuals clearly state that when

22    you get near one of those underground utilities,

23    that's dangerous, that you stop digging with the

24              Q&A REPORTING, LLC

25  Pittsburgh, PA     412-343-0699     724-444-4433

Christopher Ferrone

1   machine and visually look which forces a laborer
    of some sort to be within the swing radius.
2               So operation can only mean by all of
    that logic and implication performing work by
3   either transportation, moving the machine,

4   lifting or digging.

5               When it's idling, that's certainly

6   not, because there is no information in the

7   manual that says when you go to observe this

8   fine-tuning process that you're trying to do,

9   turn off the engine and all of those type of

10  things, I don't believe it says that when you

11  get in the swing radius.  Therefore, the only

12  definition you could possibly come to is what I

13  just said.

14 Q.  And is that particular opinion as to operation,

15     do you know of any other sources that

16     corroborate that?

17 A.  I'm fairly comfortable that if we looked at

18     other manuals, you would find a similar either

19     direct admonition or implicit one.

20 Q.  Can you point to one or can you tell me of one

21     or --

22 A.  The fact that a --

23 Q.  -- cite one now?

24               Q&A REPORTING, LLC

25  Pittsburgh, PA      412-343-0699      724-444-4433

Christopher Ferrone

1   A.   No, but the fact that I cannot does not negate
         the fact that it's there.

2   Q.   I understand that, but I'm asking for your
         information.

3   A.   Well, I mean, I'm going to give -- I can give

4        you an opinion, and I've given you the basis of

5        it, and part of the basis is Bobcat's own

6        documents on how to use the machine.

7                   Can I cite chapter and verse, a John

8        Deere book?  No, I cannot.  Am I willing to say

9        there is one out there?  Mostly likely there is.

10  Q.   On 13, you talk about the negligent behavior of

11       Bobcat for failing to warn and train.

12                  Have we covered all of your warning

13       issues?  Are there any other opinions on

14       warnings that we haven't covered?

15  A.   I think you're just about to ask me one, aren't

16       you?

17  Q.   Well, you talked about the warnings, first of

18       all, on the machine 10 feet.

19  A.   Yes.

20  Q.   Any other warning that you find in your opinion

21       negligent?

22  A.   What you're about to describe and ask in 13.

23  Q.   Okay.

24                  Q&A REPORTING, LLC

25   Pittsburgh, PA       412-343-0699       724-444-4433

Christopher Ferrone

1    A.   Right, because you're not training my mother,
          and my mother could walk past the machine.  So
2         you certainly have to train the people that you
          have control of; in this instance, First Energy.
3                        But when you train those people, the

4         training has to be appropriate.

5    Q.   So you're --

6    A.   There's an endless list of people you didn't

7         train that work at First Energy that had the

8         potential to be around this circumstance; so,

9         therefore, the only thing you can do is control

10        the people that you do train.

11   Q.   So, again, you're not of the opinion that Leppo

12        should have trained Mr. Altman?

13   A.   No.

14   Q.   Going back to the September 7 of 2006 report,

15        page 2, the conclusions and opinions section.

16   A.   Yes.

17   Q.   Number 3, I think it's part of number 3.  It's

18        actually not numbered.  It's right next to it.

19        It says operation is defined as digging,

20        providing work or utility.

21   A.   Yes.

22   Q.   Where does that definition come from?

23   A.   Well, I think we obviously talked about that

24                        Q&A REPORTING, LLC

25        Pittsburgh, PA       412-343-0699       724-444-4433


                        Christopher Ferrone

1    in -- to great lengths at the beginning.  I
     can't site chapter and verse, but I'm happy to
2    take the challenge.  Next time we're together,
     I'm happy to bring a bunch of books that discuss
3    something like that or imply that definition

4    that simply bolster an opinion that I'm giving

5    now.

6  Q.  Is there an industry publication that --

7  A.  Well, hold on, hold on.  Understand something.

8    The fact that the engine is running is providing

9    no work, because the purpose of this machine is

10   to move, lift or dig.  Idling does not provide

11   any of those functions; therefore, that can't be

12   operation.

13           Is it running?  Yes.  Are the

14   hydraulics activated?  Maybe.  But that is not

15   operation.

16           Now, I know everybody wants to mince

17   words and make this a semantics argument, but

18   from an engineering standpoint, you line up 10

19   engineers and tell them that, they're all going

20   to tell you, that's not operation because it's

21   not doing these three things.

22           And the reason that I can get to that

23   is that all of the training information say stay

24           Q&A REPORTING, LLC

25   Pittsburgh, PA     412-343-0699     724-444-4433

Christopher Ferrone

1   away when it's moving.  It doesn't say -- and it
    then goes on to boast how delicate this machine
2   that can dig and when you get close to something
    dangerous, look at it.
3                    I got a whole file folder of

4   construction workers in holes that I had no

5   control over.  That's how it's done in reality.

6   They go into the hole or they approach the

7   machine when it's not moving.  I mean, I get

8   that implicitly.

9  Q.   And as I understand it, you are not of the

10      opinion that Leppo should have warned that while

11      this is not in operation to keep people out of

12      the swing zone?

13 A.   Right.  What they should have warned about is

14      the potential for the contact with the controls,

15      because that would have helped when it's not in

16      operation, that hazard.

17 Q.   And I understand you advised me that that is

18      your opinion, but as I understand it, you are

19      not of the opinion that Leppo should have

20      trained the operator to keep people out of the

21      swing zone in a situation such as what you have

22      here where there is a boom that is resting but

23      the engine is still on?

24                    Q&A REPORTING, LLC

25  Pittsburgh, PA      412-343-0699      724-444-4433

1    Q.   Given that information, does that change your
          opinion?
2    A.   No.
     Q.   You testified at length about ISO 6165.  Come
3         back.  Why is that applicable to the backhoe

4         attachment.  6165 it's right --

5    A.   I didn't even know -- this one here, 6165?

6    Q.   Yes.

7    A.   It's not.  What we were trying to do is come up

8         with a definition for operation.  When I saw

9         this, it said terminology for earth-moving

10        equipment, so this is kind of a misfire.

11   Q.   So you'll agree that it doesn't apply?

12   A.   I agree.

13   Q.   Do you see any risks or hazards presented by the

14        bending of the control levers?

15   A.   Respectfully, that's a little open-ended.  In

16        the manner it's currently or at all?

17   Q.   In the manner that the First Energy remediation

18        or modification occurred.

19   A.   In their depositions, they said it poses no

20        problems.  I would assume we would have heard

21        about it by now.  They have a lot to lose.  And

22        not only do I think it's still there in that

23        condition, they separately respond that it's not

24                    Q&A REPORTING, LLC

25   Pittsburgh, PA     412-343-0699     724-444-4433

Christopher Ferrone

```
 1   A.    Yes.
     Q.    And what you have in support of that is the
 2         single ANSI standard that you don't have here
           today?
 3                   MR. HARTMAN:  No, no, that was asked

 4         and answered.  That's a totally unfair

 5         mischaracterization of it.  Ask another

 6         question.

 7   BY MS. BLACKMER:

 8   Q.    In support of that second opinion, you did say

 9         that there's ANSI standards.

10   A.    I believe there's an ANSI standard that

11         describes how to design a warning.

12                   I further believe that it gives the

13         sort of recipe on how to do that.

14                   And I further believe that once

15         something has occurred, one of those elements is

16         what to tell them to do after.  So that's one

17         opinion.

18   Q.    Okay.

19   A.    Okay.

20   Q.    You believe that's out there.

21                   What else is there out there in

22         support of your opinion?

23                   MR. HARTMAN:  That's asked and

24                   Q&A REPORTING, LLC

25    Pittsburgh, PA     412-343-0699     724-444-4433
```

Christopher Ferrone